DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## TOWN OF KILL DEVIL HILLS v. CULBRETH

No. 186 P.C.

Case below: 38 N.C. App. 743.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.

## TUTTLE v. TUTTLE

No. 156 P.C.

Case below: 38 N.C. App. 651.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 February 1979.

## WOODELL v. PETERS

No. 169 P.C.

Case below: 38 N.C. App. 629.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 February 1979.